**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DOMINIC L. ROBINSON**                                       **CIVIL ACTION**

**VERSUS**                                                    **NO. 07-3651**

**N. BURL CAIN**                                              **SECTION "B"**

## ORDER AND REASONS

Before the Court is Petitioner's objection to the Magistrate Judge's Report and Recommendation (Rec.Doc. 14), filed on behalf of Petitioner Dominic L. Robinson. After review of the pleadings, exhibits and applicable law, **IT IS ORDERED** that Robinson's objection to the Magistrate Judge's Report and Recommendation is **OVERRULED**, and we adopt said Report and Recommendation (Rec.Doc. 9) as our opinion in this case.

**IT IS FURTHER ORDERED** that the petition of Dominic L. Robinson for issuance of a writ of *habeas corpus* relief under Title 28 United States Code §2254 is **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE